NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PETER J. ROSATO, JR.,                       )
                                            )
            Appellant,                      )
                                            )
v.                                          )     Case No. 2D17-4367
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Peter J. Rosato, Jr., pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, CRENSHAW, and BADALAMENTI, JJ., Concur.